UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SYED AHMAD, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:23-cv-00754 |
| | § | |
| STATE FARM LLOYDS, | § | (JURY) |
| | § | |
| *Defendant*. | § | |
| | § | |

---

**NOTICE OF SERVICE OF PLAINTIFF'S RULE 26(a)(1) INITIAL DISCLOSURES**

---

TO THE HONORABLE JUDGE:

COMES NOW Plaintiff Syed Ahmad and shows the court that on March 17, 2023, Plaintiff served his Rule 26(a)(1) Initial Disclosures and bates-labeled production to Defendant in the above referenced matter.

Respectfully submitted,

By: /s/ *Donald C. Green II*

Chad T. Wilson
Bar No. 24079587
Southern District No. 2246983
Donald C. Green II
Bar No. 24086619
Southern District No. 2516640
CHAD T. WILSON LAW FIRM PLLC
455 E Medical Center Blvd, Ste 555
Webster, Texas 77598
Telephone: (832) 415-1432
cwilson@cwilsonlaw.com
dgreen@cwilsonlaw.com

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2023, Plaintiff's Notice of Service of 26(a)(1) Initial Disclosures with bates-labeled document production has been provided to counsel of record via CM/ECF Filing system.

Dale M. "Rett" Holidy
holidyefile@germer.com
Rachel Crutchfield
rcrutchfield@germer.com
GERMER PLLC
2929 Allen Parkway, Suite 2900
Houston, Texas 77019
(713) 650-1313
(713) 739-7420- Facsimile

ATTORNEYS FOR DEFENDANT

/s/ *Donald C. Green II*
Donald C. Green II