UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SYED AHMAD, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:23-cv-00754 |
| | § | (JURY) |
| STATE FARM LLOYDS, | § | |
| | § | |
| *Defendant*. | § | |

---

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES**

---

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff certifies to the following regarding all entities who are financially interested in the outcome of this litigation:

**For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):**

None other than State Farm Lloyds.

**A complete list of all persons, associates of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:**

1. Plaintiff Syed Ahmad, c/o the Chad T. Wilson Law Firm PLLC;
2. Counsel for Plaintiff, Chad T. Wilson of the Chad T. Wilson Law Firm PLLC;
3. Counsel for Plaintiff, Donald C. Green II of the Chad T. Wilson Law Firm PLLC;
4. Defendant, State Farm Lloyds, c/o Germer, PLLC;
5. Counsel for Defendant, Dale Rett Holidy with Germer, PLLC;
6. Counsel for Defendant, Rachel Crutchfield with Germer, PLLC;

The undersigned hereby certify the information contained in the foregoing disclosure of interested parties is true and correct.

Respectfully submitted,

By: */s/ Donald C. Green II*
Chad T. Wilson
Bar No. 24079587
Southern District No. 2246983
Donald C. Green II
Bar No. 24086619
Southern District No. 2516640
CHAD T. WILSON LAW FIRM PLLC
455 East Medical Center Blvd., Suite 555
Webster, Texas 77598
Telephone: (832) 415-1432
Facsimile: (281) 940-2137

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on March 17, 2023, I electronically transmitted this document to the Clerk of Court using the CM/ECF system for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to defendant(s) counsel of record.

Dale M. "Rett" Holidy
holidyefile@germer.com
Rachel Crutchfield
rcrutchfield@germer.com
GERMER PLLC
2929 Allen Parkway, Suite 2900
Houston, Texas 77019
(713) 650-1313
(713) 739-7420- Facsimile

ATTORNEYS FOR DEFENDANT

/s/ *Donald C. Green II*
Donald C. Green II