UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SYED AHMAD, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:23-cv-00754 |
| | § | (JURY) |
| STATE FARM LLOYDS, | § | |
| | § | |
| *Defendant*. | § | |

**PLAINTIFF'S NOTICE OF SERVICE**
**OF DESIGNATION OF EXPERT WITNESSES**

TO THE HONORABLE JUDGE:

COMES NOW Plaintiff Syed Ahmad and shows the court that on December 15, 2023, Plaintiff served his Designation of Expert Witnesses to Defendant in the above referenced matter.

Respectfully submitted,

By: /s/ *Donald C. Green II*

Chad T. Wilson
Bar No. 24079587
Southern District No. 2246983
Donald C. Green II
Bar No. 24086619
Southern District No. 2516640
CHAD T. WILSON LAW FIRM PLLC
455 East Medical Blvd, Suite 555
Webster, Texas 77598
Telephone: (832) 415-1432
eservice@cwilsonlaw.com
dgreen@cwilsonlaw.com

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2023, Plaintiff's Notice of Service of Designation of Expert Witnesses has been provided to counsel of record via CM/ECF Filing system.

Dale M. "Rett" Holidy
holidyefile@germer.com
Rachel Crutchfield
rcrutchfield@germer.com
GERMER PLLC
2929 Allen Parkway, Suite 2900
Houston, Texas 77019
(713) 650-1313
(713) 739-7420- Facsimile

ATTORNEYS FOR DEFENDANT

*/s/ Donald C. Green II*
Donald C. Green II