UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SYED AHMAD,<br><br>*Plaintiff*,<br><br>V.<br><br>STATE FARM LLOYDS,<br><br>*Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:23-cv-00754<br>(JURY) |

---

# JOINT TRIAL WORKSHEET

---

To make efficient use of trial time, each party is to provide the following information:

## OPENING

Minutes Requested by Plaintiff: 30 minutes

Minutes Requested by Defendant: 45 minutes

## EVIDENCE

In the order that they will be called, list the witnesses to be called, the general subject matter to be covered with that witness, and the amount of time expected for direct and cross examination.

Witnesses who will be called by written or recorded deposition should be included in this section.

| | | | |
|---|---|---|---|
| **Witness Name:** | Syed Ahmad (Plaintiff) | | |
| **Subject Matter:** | Mr. Ahmad will provide testimony regarding the weather event giving rise to his claim, his observations pertaining to the damages to the property and State Farm's investigation of the claim. | | |
| **Time for Direct:** | 1 hour 15 minutes | **Time for Cross:** | 1 hour |

| | | | |
|---|---|---|---|
| **Witness Name:** | Glenn Ruston (Plaintiff's public adjuster) | | |
| **Subject Matter:** | Mr. Ruston may provide testimony regarding his inspection of the property and documentation of the damage as well as his involvement as the public adjuster assisting Plaintiff with the claim. | | |
| **Time for Direct:** | 30 minutes | **Time for Cross:** | 45 minutes |

| | | | |
|---|---|---|---|
| **Witness Name:** | Brandon Allen (Plaintiff's expert) | | |
| **Subject Matter:** | Mr. Allen will provide testimony regarding his investigation into the observed damages to the subject property and the likely cause of those damages. He will also testify regarding the cost of repairs. He may also testify regarding coverage for the claim under the policy. | | |
| **Time for Direct:** | 1 hour 30 minutes | **Time for Cross:** | 1 hour |

| | | | |
|---|---|---|---|
| **Witness Name:** | Allen Robertson (Adjuster) | | |
| **Subject Matter:** | Mr. Robertson will provide testimony regarding his background, his investigation, his inspection of the home, estimates, and other information regarding the claim. | | |
| **Time for Direct:** | 1 hour | **Time for Cross:** | 40 minutes |

| | | | |
|---|---|---|---|
| **Witness Name:** | Matthew Bird (Adjuster) | | |
| **Subject Matter:** | Mr. Bird will provide testimony regarding his background, his investigation, his inspection of the home, estimates, and other information regarding the claim. | | |
| **Time for Direct:** | 1 hour | **Time for Cross:** | 1 hour |

| | | | |
|---|---|---|---|
| **Witness Name:** | Damion Simon (Team Manager) | | |
| **Subject Matter:** | Mr. Simon will provide testimony regarding his background, the estimates and inspections, the policy, and other information regarding the claim. | | |
| **Time for Direct:** | 1 hour | **Time for Cross:** | 1 hour |

| | | | |
|---|---|---|---|
| **Witness Name:** | Jennifer Sheppard/Jarrod Burns (Engineering Causation Expert) | | |
| **Subject Matter:** | Ms. Sheppard or Jarrod Burns will testify regarding his/her background, his/her investigation, the inspection of the home, their opinions, including causation, and respond to Plaintiff's evidence and experts. | | |
| **Time for Direct:** | 1 hour 30 minutes | **Time for Cross:** | 1 hour 30 minutes |

| | | | |
|---|---|---|---|
| **Witness Name:** | Ronald Killion (Damages Expert) | | |
| **Subject Matter:** | Mr. Killion will testify regarding his background, his investigation, the inspection of the home, his opinions, including causation and damages, and respond Plaintiff's evidence and experts. | | |
| **Time for Direct:** | 1 hour | **Time for Cross:** | 45 minutes |

**CLOSING**

Minutes Requested by Plaintiff: 30 minutes

Minutes Requested by Defendant: 45 minutes

Provide any additional informational information that may impact the amount of time needed for trial of this case:

______________________________

______________________________

______________________________

Total Number of Hours and Minutes Estimated for Trial:

by Plaintiff 28 hours by Defendant 28-32 hours

Date filed: ______________________

APPROVED:

By: /s/ *Chad T. Wilson*

Chad T. Wilson
Bar No. 24079587
Southern District No. 2246983
Donald C. Green II
Bar No. 24086619
Southern District No. 2516640
CHAD T. WILSON LAW FIRM PLLC
455 E Medical Center Blvd, Ste 555
Webster, Texas 77598
Telephone: (832) 415-1432
cwilson@cwilsonlaw.com
dgreen@cwilsonlaw.com

ATTORNEYS FOR PLAINTIFF

and

By: /s/ *Dale M. "Rett" Holidy (w permission)*

Dale M. "Rett" Holidy
Federal Bar No. 21382
State Bar No. 00792937
Rachel Crutchfield
Federal Bar No. 33696121
State Bar No. 24012481
GERMER PLLC
2929 Allen Parkway, Suite 2900
Houston, Texas 77019
(713) 650-1313
(713) 739-7420- Facsimile
holidyefile@germer.com
rcrutchfield@germer.com

ATTORNEYS FOR DEFENDANT